UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MANGEMENT GROUP LLC,<br><br>                             Plaintiff,<br><br>-against-<br><br>HOLIDAYNET, LLC, and GODADDY, INC,<br><br>                             Defendants. | Case No.  1:19-cv-<br><br>**VERIFIED COMPLAINT**<br><br>Civil Action |

The Management Group LLC ("TMG") by and through their undersigned counsel, Roger K. Marion of Marion & Allen, P.C., as and for their Verified Complaint against defendants Holidaynet, LLC ("Holidaynet") and Godaddy, Inc. ("Godaddy"), alleges as follows:

## NATURE OF THE ACTION

1. This is an action to enforce the terms of an Assignment Agreement (the "Assignment" at Exhibit A) transferring the ownership and control rights in the Domain Names and Uniform Resource Locators ("URLs"): newyears.com, newyearseve.com, 1231.com, vegasnewyears.com, nynewyears.com, snaptickets.com, newyearspartynyc.com, and new-years-eve.com (the "Domains") from Defendant to Plaintiff as agreed.  Godaddy has expressly declined to move the domain names without a Court Order to do so.

## JURISDICTION AND VENUE

2. Plaintiff TMG was organized under the laws of the State of New York on September 26, 2003, is an active New York limited liability company and is a citizen and resident of the State of New York with its primary place of business at 200 East 89th Street, New York, New York.

1

3. Defendant Holidaynet was organized under the laws of the State of Florida on June 18, 2012, is an active Florida limited liability company and is a citizen and resident of the State of Florida with its primary place of business at 6269 N.W. 33rd Avenue, Boca Raton, Florida 33496.

4. Defendant Godaddy was organized under the laws of the State of Delaware on May 28, 2014, is an active Delaware corporation and is a citizen and resident of the State of Delaware with its primary place of business at 251 Little Falls Drive, Wilmington, Delaware 19808.

5. The value of the Domains is well over $1,000,000.00. The Domains form the core of an elite network of very exclusive New York New Year's Eve parties capable of generating over $1,000,000 per year in revenues.

6. This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C.A. § 1332(a)(1).

7. Thus there is complete diversity between the parties, which are a New York Plaintiff, and Florida and Delaware Defendants.

8. The actual amount in controversy exceeds $75,000 exclusive of interests and costs, in fact the value of the Domains exceed $1,000,000.00.

9. TMG negotiated the Assignment from his office in New York, and the Assignment has a clause expressing that it is governed by New York law.

10. Thus, venue is proper in this District pursuant to 28 U.S.C.A. § 1391(a)(2) because a substantial part of the events giving rise to the claims herein happened in New York.

## FACTS APPLICABLE TO ALL CAUSES OF ACTION

11. The Assignment is a negotiated result of Defendant Holidaynet defaulting on prior agreements with Plaintiff, duly executed by Holidaynet's Managing Member.

12. The Assignment is a duly constructed assignment of all rights title and interest in the Domains, and there is no defense to the transfer of said domains pursuant to the Assignment.

13. When counsel for Plaintiff's counsel contacted Godaddy he asked that the domains be transferred pursuant to the Assignment to Plaintiff's Godaddy account number 60458876.

14. Godaddy's customer service supervisor clarified that Godaddy no longer accepts domain assignments, and Godaddy requires that either Holidaynet actively participate in the transfer or otherwise, Godaddy requires a Court Order.

15. Holidaynet has been unresponsive to Plaintiff's counsel for more than three weeks and has not responded to his letters or email.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Declaratory Judgment)

16. Plaintiff repeats and restates the allegations set forth in each preceding paragraph of this Complaint as if set forth fully herein.

17. Based on the Assignment, all rights title and interest in the Domains now rightly belong to Plaintiff.

18. The Assignment and the law controlling Assignments is uncontroverted that Plaintiff now owns the Domains.

19. As a direct and proximate result of Holidaynet's refusal to further participate in the assignment process, Plaintiff has been damaged in that he has been denied access to and control over the Domains.

20. As a direct and proximate result of Godaddy's refusal to transfer the domains Plaintiff has been damaged in that he has been denied access to and control over the Domains.

**WHEREFORE**, Plaintiff The Management Group LLC respectfully requests judgment as follows:

A. On the First Cause of Action, awarding a declaratory Order and judgment that the Domains newyears.com, newyearseve.com, 1231.com, vegasnewyears.com, nynewyears.com, snaptickets.com, newyearspartynyc.com, and new-years-eve.com now belong to The Management Group, Inc. and shall be transferred forthwith to Godaddy account number 60458876; and

F. On each Cause of Action, awarding Plaintiff such other and additional relief as the Court deems just and proper.

Dated: New York, New York
      May 21, 2019

                                      Marion & Allen, P.C.

                                      _____
                                      By: Roger K. Marion, Esq.
                                      488 Madison Avenue, Suite 1120
                                      New York, New York 10022
                                      Telephone: 212-658-0350
                                      Facsimile: 212-308-8582
                                      E-Mail: rmarion@rogermarion.com
                                      Attorneys for Plaintiff

## VERIFICATION

STATE OF NEW YORK )
                                ) ss:
COUNTY OF NEW YORK )

Andrew Fox, being duly sworn deposes and says:

I am the managing member of plaintiff The Management Group LLC reflected in the caption of this Verified Complaint. I have read the foregoing Verified Complaint, and know the contents thereof; the same is true to my personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to the matters, I believe them to be true.

_____
Andrew Fox

Sworn to and signed before me this
23rd day of May, 2019

_____
Notary Public

Roger K. Marion, Notary Public of NY
Qualified NY County No.02MA6034949
Commission Expires December 20, 20_19_

5