# EXHIBIT A

# EXHIBIT C DOMAIN ASSIGNMENT

## ASSIGNMENT OF DOMAIN NAMES

This Assignment of Domain Names (this "Assignment") is being delivered as of May 6, 2019, by HolidayNet, LLC, a Florida limited liability company ("Assignor"), to the Management Group, LLC, , a New New York limited liability company ("Assignee").

Assignor, upon compliance with and subject to the requirements and conditions set forth in (i) that certain Amendment Agreement dated as of February 16, 2018 ("Amendment") by and between Assignee, Holiday Events, LLC (the "Holiday Events"), Assignor, Jo Ellen Gable ("JEG"), SkyNet Media LLC ("SkyNet") and Andrew Fox ("Fox", and collectively with the Assignee, Holiday Events, Assignor, JEG and SkyNet, the "Parties") and (ii) that certain the Escrow Agreement attached to the Amendment dated as of February 16, 2018 by and between the Parties and Roger Marion, Esq as Escrow Agent, does hereby irrevocably assign, transfer and convey unto Assignee, its successors and assigns, all its right, title and interest, in perpetuity, whether now known or hereafter created, throughout the universe, in and to the domain names newyears.com, newyearseve.com, 1231.com, vegasnewyears.com, nynewyears.com, snaptickets.com, newyearspartynyc.com, and new-years-eve.com (collectively, the "Domain Names"), and does hereby assign, delegate and authorize any officer of Assignee to use and deal with the Domain Names, in the place of and in substitution for such Assignor, in the sole and absolute discretion of Assignee.

Assignor shall promptly, upon the request of Assignee and/or any of its successors and assigns, execute such other documents and/or instruments of assignment, transfer and conveyance as Assignee and/or its successors and assigns may reasonably request to permit Assignee or its successors or assigns to record the assignment covered by this Assignment or any other documents which Assignee, or any of its successors or assigns, may reasonably deem necessary, appropriate or desirable to evidence or effectuate the terms or intent of this Assignment.

This Assignment shall be governed by, and construed in accordance with, the laws of the State of New York without reference to the choice of law principles thereof that would result in the application of the substantive laws of another jurisdiction.

This Assignment may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Execution and delivery of this Assignment by delivery of a facsimile or electronically recorded copy (including a .pdf file) bearing a copy of the signature of a party shall constitute a valid and

binding execution and delivery of this Assignment by such party. Such copies shall constitute enforceable original documents.

*[remainder of page intentionally left blank; signature pages follow]*

IN WITNESS WHEREOF, Assignor has caused this Assignment of Domain Names to be duly executed and effective as of the date first written above.

ASSIGNOR:

HolidayNet, LLC

By: _____
Name: Jo Ellen Gabel
Title: Manager

Acknowledged and Accepted by Assignee:

The Management Group LLC

By: _____
Name: Andrew Fox
Title: Managing Member

12

57008/0002-15506678v8

March 14, 2018