USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE MANAGEMENT GROUP LLC,

        Plaintiff,

-against-

HOLIDAYNET LLC, and GODADDY, INC,

        Defendants.

Case No. 1:19-cv-04917-VSB

Civil Action

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST DEFENDANT HOLIDAYNET, LLC**

---

  Upon the affidavit of Roger K. Marion dated September 24, 2019, the declaration of Roger Marion dated October 14, 2019, and the exhibits annexed thereto, and upon the Clerk's Certificate of Default dated October 2, 2019, and upon all prior papers and proceedings herein, it is hereby

  ORDERED that defendant Holidynet LLC show cause before this Court, in courtroom 518 in 40 Foley Square, New York, New York 10007, on the 7th day of November, 2019 at 10:30 a. m. or as soon thereafter as counsel may be heard why an Order and should not be entered pursuant to Rule 55(b) of the Federal Rules of Civil Procedure to enter declaratory Judgment that the domains newyears.com, newyearseve.com, 1231.com, vegasnewyears.com, nynewyears.com, snaptickets.com, newyearspartynyc.com, and new-years-eve.com shall be forthwith transferred to the exclusive account and control of Plaintiff; and it is further

  ORDERED that service of this Order and the papers upon which it is based upon defendant by sending it by overnight carrier to both defendant at their address for service on file with the State of Florida Department of State: Jo Ellen Gabel, 298 Woodland St., Tenafly, Florida, and upon their attorneys Eaton & Van Winkle LLP by sending it by overnight carrier to them at 3 Park Avenue, 16th Floor, New York, NY 10016 as designated by underlying contracts shall be deemed good and sufficient service thereof; and it is further

ORDERED that any opposition to the entry of the Order of Default and Judgment shall be served and filed on or by the 28th day of October, 2019.

Any reply is due by November 7, 2019. Plaintiff shall file proof of service of this order to show cause by October 25, 2019.

Dated: New York, New York
October 17, 2019

_____
Hon. Vernon S. Broderick
United States District Judge

2