USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

THE MANAGEMENT GROUP, LLC,

                        Plaintiff,

        -against-

HOLIDAYNET LLC, et al.,

                       Defendants.

-------------------------------------------------------------- X

19-CV-4917 (VSB)

**ORDER TO SHOW CAUSE**

VERNON S. BRODERICK, United States District Judge:

    Upon the declaration of Roger K. Marion, the affidavit of Andrew Fox and the exhibits annexed thereto, and Plaintiff's memorandum of law, and upon all the pleadings and proceedings heretofore had herein, it is hereby:

    ORDERED that Defendant Holidaynet LLC show cause before this Court, represented by counsel, at Room 518, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on Monday, December 23, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued and entered pursuant to Rules 64, 65, and 66 of the Federal Rules of Civil Procedure and the inherent powers of the court, for the appointment of a receiver and an attachment of all funds in dispute pending a resolution of this matter, and injunctive relief to maintain the status quo.

    IT IS FURTHER ORDERED that counsel for Defendant Holidaynet LLC is granted leave to appear at the hearing by telephone. If counsel wishes to so appear, he shall e-mail the telephone number at which he may be reached to BroderickNYSDChambers@nysd.uscourts.gov no later than 5:30 p.m. on Sunday, December 22, 2019.

IT IS FURTHER ORDERED that a copy of this order, together with the papers upon which it is based, shall be served on Defendant's counsel of record on by CM/ECF and by e-mail by December 20, 2019; as well as by overnight delivery by December 21, 2019, and that such service is deemed good and sufficient.

SO ORDERED.

Dated:   December 20, 2019
         New York, New York

*[signature]*

VERNON S. BRODERICK
United States District Judge