```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE MANAGEMENT GROUP, LLC,                                  :
                                                            :
                              Plaintiff,                    :
                                                            :     19-cv-4917 (VSB)
            -against-                                       :
                                                            :     **ORDER**
HOLIDAYNET LLC, et al.,                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2019

VERNON S. BRODERICK, United States District Judge:

    This is an action seeking the transfer of certain domain names identified in Exhibit A to the Complaint (the "Domains"). (*See* Doc. 1-1.) On December 23, 2019, I held an order to show cause hearing on Plaintiff's motion for attachment, injunctive relief, and receivership. (*See* Docs. 33, 36.) Accordingly, after hearing the arguments of the parties I issued an oral decision. This Order documents that oral decision. As stated on the record, it is hereby:

    ORDERED that as of the order to show cause hearing and pending further order of this Court, all revenues earned by Defendant from the sales of tickets to events advertised on the websites located at the Domains at issue in this litigation are to remain in the business accounts to which they are initially deposited. However, upon agreement between the parties, some of these funds can be used to pay operating expenses in the normal course of business operations, including, among other things, employee salaries, operating expenses related to the events advertised, employee salaries, and operating expenses related to the operation of the Domains and websites at the Domains. Plaintiff and Defendant are instructed to confer in good faith on whether a given expense should be payable, and to seek court intervention on an emergency

basis if a dispute arises that they cannot resolve between themselves.

IT IS FURTHER ORDERED that as of the order to show cause hearing and pending further order of this Court, the Domains are to be held in escrow by Jed Weiss, counsel for Defendant.

SO ORDERED.

Dated: December 27, 2019
      New York, New York

Vernon S. Broderick
United States District Judge