

January 17, 2020

**William Lesser**
Direct Phone   212-453-3808
Direct Fax      646-588-1450
wlesser@cozen.com

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *The Management Group, LLC v. Holidaynet, LLC, et al.*; Case No.: 1:19-cv-04917-VSB

Dear Judge Broderick:

  We represent Defendant GoDaddy.com, LLC, inadvertently named as GoDaddy, Inc. ("GoDaddy"), in connection with the above-captioned action.

  In an abundance of caution, we write regarding Plaintiff The Management Group, LLC's ("Plaintiff") Notice of Voluntary Dismissal with prejudice, *see* Dkt. No. 46, to clarify that GoDaddy is not a party to the Settlement Agreement between Plaintiff and Defendant Holidaynet, LLC ("Holidaynet") that is attached thereto, *see* Dkt. No. 46-1.

  GoDaddy is pleased to see that Plaintiff and Holidaynet have resolved their dispute, and that Plaintiff has dismissed this action with prejudice as to GoDaddy (who never should have been made a party to this action, given that Plaintiff asserted no viable cause of action against GoDaddy). GoDaddy writes only to clarify that the Settlement Agreement between Plaintiff and Holidaynet is inaccurate to the extent it states that GoDaddy is a party to it. *See* Dkt. No. 46-1, at pp. 1-2, 4-5. GoDaddy repeatedly declined to be a party to the Settlement Agreement, and as evidenced in Plaintiff's filing, GoDaddy did not sign the Settlement Agreement. *See* Dkt. No. 46-1, at 4-5. Therefore, GoDaddy is not a party to the Settlement Agreement, and has no obligations under that agreement.

Respectfully submitted,

COZEN O'CONNOR

*s/William Lesser*

William Lesser

cc: Roger K. Marion, Esq. (via ECF)
   Jed M. Weiss, Esq. (via ECF)