**MARION & ALLEN, P.C.**     488 Madison Avenue, Suite 1120, New York, New York 10022
**BY: ROGER K. MARION, ESQ.**                                             Telephone: (212) 658-0350
rmarion@rogermarion.com                                                      Mobile: (201) 264-6622

April 10, 2020

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

     Re:    *The Management Group, LLC v. Holidaynet LLC and Godaddy.com, Inc.*
            1:19-cv-04917 (VSB)
            **Plaintiff's Respsone to Defendant's Reply**

Dear Judge Broderick:

     We represent plaintiff The Management Group, LLC ("Plaintiff") in the above action. Defendant Godaddy just filed a misleading letter saying that they have no objection to our request to a enter voluntary dismissal *with prejudice*. To be clear our letter did not ask for prejudice. The withdrawal, Document 46, was duly filed on January 17, 2020, and terminated the action pursuant to F.R.C.P. 41(a)(1)(A)(i) which is a withdrawal of the action *without* prejudice as certain disagreements are preserved for other forums.

     Thank you.

                                    Respectfully submitted,

                                    Roger K. Marion, Esq.

cc: Jed M. Weiss, Esq. (*via ecf*)
    Jeffrey Monhait, Esq. (*via ecf*)