UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MANAGEMENT GROUP, LLC, | 19-CV-04917 (VSB) |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| v. | |
| HOLIDAYNET, LLC and GODADDY, INC., | |
| Defendants. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the May 5, 2020 Order of the Court, whereas no defendant hereto has filed an Answer to the Complaint nor a motion for summary judgment in the within litigation, and whereas the Management Group have regained the domains in issue rendering this Federal forum unnecessary; now therefore

Plaintiff hereby voluntarily dismisses this action, with prejudice as to the issue of domain ownership, subject to the stipulation between The Management Group LLC and Holidaynet LLC attached hereto reserving, as those parties only, the right to litigate issues other than ownership and possession of the domain names at issue in other forums.

MARION & ALLEN
488 Madison Avenue
Suite 1120
New York, NY  10022
(201) 264-6622
Attorneys for Plaintiff

By: /*s/ Roger K, Marion, Esq.*
     Roger K. Marion, Esq.