```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
THE MANAGEMENT GROUP, LLC,                                 :
                                                           :
                              Plaintiff,                   :
                                                           :        19-cv-4917 (VSB)
              -against-                                    :
                                                           :              ORDER
HOLIDAYNET, LLC and GODADDY,                               :
INC.,                                                      :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 17, 2020, Plaintiff submitted a notice of voluntary dismissal against Defendants Holidaynet, LLC, ("Holidaynet"), and GoDaddy.com, LLC[1], ("GoDaddy,") stating that it "voluntarily dismisse[d] this action with prejudice as to the possession of the domain names at issue, subject to" an attached settlement agreement. (Doc. 46.) Later that day, Defendant GoDaddy.com submitted a letter clarifying that it was not a party to the settlement agreement. (Doc. 47.) I ordered the Plaintiff to submit a revised notice of voluntary dismissal clarifying which parties it intended to dismiss. (Doc. 48.) After Plaintiff failed to abide by the 30-day deadline provided in my Order, (Doc. 48), GoDaddy filed a proposed order of dismissal and another letter motion requesting that it be dismissed from the action, (Doc. 50). Plaintiff filed an opposition letter asking us to direct the Clerk to mark the action voluntarily dismissed and closed as of the filing of its original notice of voluntary dismissal. (Doc. 52.) We ordered Plaintiff to file a new Notice of Voluntary Dismissal and Settlement Agreement making clear that GoDaddy is not party to the settlement agreement,

---

[1] GoDaddy.com, LLC is inadvertently named as GoDaddy, Inc. in the above-captioned action.

(Doc. 55), which Plaintiff filed on May 29, 2020, (Doc. 56).  I endorsed the notice of voluntary dismissal on June 2, 2020.  (Doc. 57.)

Based on the endorsed notice of voluntary dismissal, GoDaddy and Holidaynet are both dismissed pursuant to Rule 41(a)(1)(A)(i).  Holidaynet's dismissal is subject to the terms outlined in Plaintiff's settlement agreement with Holidaynet, which GoDaddy is not a part of.  Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

Vernon S. Broderick
United States District Judge